# United States Bankruptcy Court
## District of Maryland

In re  **Olutoyin O. Oguntoglu**                                                                                      Case No.  
                                           Debtor(s)                                                                           Chapter  **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **4,500.00** |
   | Prior to the filing of this statement I have received | $ **1,000.00** |
   | Balance Due | $ **3,500.00** |

2. $ **274.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

      **Counsel elects to be compensated as described in subparagraph A of Appendix F of the Chapter 13 Debtor's Counsel Responsibilities and Fees. Counsel may by application request approval of additional fees for work done after 6 months following entry of the order confirming plan until representation ends**

      **Up to a total of $2,000.00 of the above fee (minus any deposit or retainer) shall be paid forthwith through the Chapter 13 plan as a priority administrative claim before payments to secured and unsecured claims, including those pursuant to fee applications. Any remaining unpaid balance of the fee shall be amortized over the remaining months of the Plan. The remaining unpaid balance of the fee shall be paid in a monthly amount not greater than the lesser of: (a) $125.00 or (b) 90% of the monthly Plan payment in the confirmed Plan.**

      **If any fees are to be paid through a Chapter 13 plan, such monies are part of the total retainer and not excused simply by non-payment by the Chapter 13 Trustee. Client(s) authorize David H. Sandler & Associates to file a proper motion for fees earned even if the Chapter 13 Plan was not confirmed. Hourly billing begins when client(s) first meet with counsel or any memeber of the firm.**

      **The hourly rate for attorney(s) is/are $225 & paralegal(s) is/are $95.**

      **Counsel shall represent the client throughout the life of the case. However, counsel may withdraw as attorney of record if, for example, the client(s) fails to follow attorney's advice, and/or instructions, misrepresents any facts or withholds evidence, or engages in criminal or fraudulent activity upon any tribunal.**

      **In all case, representation shall continue to the earlier of the entry of an order of discharge of the case (but continues as to any matter pending at the time of the discharge) (or denial of discharge), 10 days after the entry of an order of dismissal, or until the entry of an Order of Withdrawal as Counsel by the Court.7.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **By signing below, the Debtor(s) acknowledge(s) that the above flat fee agreement does not include services for Chapter 7 conversions, U.S.Trustee audits, adversary proceedings or appeals.**

In re   **Olutoyin O. Oguntoglu**                                    Case No. _____
                   Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **February 17, 2009**                        **/s/ David H. Sandler**
                                                      **David H. Sandler 12935**
                                                      **David H. Sandler & Associates**
                                                      **8201 Corporate Drive**
                                                      **Suite 1120**
                                                      **Landover, MD 20785**
                                                      **301-429-0022**

Software Copyright (c) 1996-2008 Best Case Solutions - Evanston, IL - (800) 492-8037                                                         Best Case Bankruptcy